ORIGINAL

CC: Filed only

1983 FORM  Rev. 01/2008

Kekai Watanabe   Reg. No. 94102-022
Name and Prisoner/Booking Number
FDC Honolulu
Place of Confinement
P.O. Box 30080
Mailing Address
Honolulu, Hawaii 98620
City, State, Zip Code

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 14 2022

at 11 o'clock and 45 min. A M
CLERK, U.S. DISTRICT COURT
                                        LS

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

Kekai Watanabe
_____
(Full Name of Plaintiff)

Case No. C V22 00168 JAO RT
(To be supplied by the Clerk)

vs.

Estela Derr
_____

**PRISONER CIVIL RIGHTS COMPLAINT**

Mr. K. Robl
_____

Nurse Nielsen
_____

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

Dr. Kwon
_____
(Full Names of Defendants; DO NOT USE *et al.*)

### A. JURISDICTION

1. Jurisdiction is invoked pursuant to:

   a. ☐ 28 U.S.C. § 1343(a)(3) ; 42 U.S.C. § 1983
   b. ☒ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971)
   c. ☐ Other: (Please Specify) _____

2. Plaintiff: _____ Kekai Watanabe _____

   Institution/city where violation occurred: __ FDC Honolulu _____

3. First Defendant *: _____ Estela Derr _____

This defendant is a citizen of (state and county) __Hawaii_____  __Oahu_____ ,
and is employed as:

__Warden_____ at _____ FDC Honolulu _____ .
(Position and Title)                              (Institution)
This defendant is sued in his/her _X_ individual _X_ official capacity (check one or both). Explain how

1

Mailed On        Pro se Handbook
Date APR 14 2022       LS

Received By Mail
Date APR 14 2022

1983 FORM Rev. 01/2008

this defendant was acting under color of law:
The Defendant is the warden at FDC Honolulu and therefore responsible for inmate

security assessment and placement of inmates within the institution.

4. Second Defendant: __Mr. K. Robl__

This defendant is a citizen of (state and county) __Hawaii__
__Oahu_____, and is employed as:

__Unit Manager_____ at _____FDC Honolulu_____
(Position and Title)                              (Institution)

This defendant is sued in his/her __X__ individual __X__ official capacity (check one or both). Explain how this defendant was acting under color of law:

The Defendant was/is the Unit Manager for FDC Honolulu's Unit 5A and is responsible

for the placement of inmates in his unit.

5. Third Defendant: __Nurse Nielsen__

This defendant is a citizen of (state and county) __Hawaii__
__Oahu_____, and is employed as:

__Staff Nurse_____ at _____FDC Honolulu_____
(Position and Title)                              (Institution)

This defendant is sued in his/her __X__ individual __X__ official capacity (check one or both). Explain how this defendant was acting under color of law:
The Defendant worked in the SHU (Special Housing Unit) when the Plaintiff was

injured during the July 12, 2021 gang riot.

(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)


\*      A defendant may be named in an individual or official capacity, or both.  To sue a defendant in their **individual capacity**, you must be able to state facts showing that the defendant was actually involved in violating your rights.  A suit against a defendant in their **official capacity** is in reality a suit against the office or position the defendant holds.  Only injunctive relief is available in an official capacity suit against a state official.  This is because the **Eleventh Amendment** confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

      "Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county, city, or the federal government.  There can be no civil rights action under § 1983 unless the defendant was "acting under color of law."  After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.

2

Fourth Defendant: Dr. Kwon

This defendant is a citizen of the state of Hawaii and the county of Oahu. The defendant is employed as the chief doctor at FDC Honolulu.

The defendant is sued in his individual and official capacity. This defendant was acting under the color of law by: His position as chief physician at FDC Honolulu and is responsible for not only Health Services operations, but specifically denying the Plaintiff medical treatment.

Page 2 A

1983 FORM Rev. 01/2008

## B. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits while a prisoner:    ☐ Yes    ☒ No

2. If your answer is yes, how many?: _____ Describe the lawsuit in the spaces below.

3. First previous lawsuit:

    a.   Plaintiff _____

         Defendants _____

    b.   Court and Case Number (if federal court, identify the district; if state court, identify the county):

         _____

    c.   Claims raised: _____

    d.   Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

         _____

    e.   Approximate date of filing lawsuit _____

    f.   Approximate date of disposition _____

4. Second previous lawsuit:

    a.   Plaintiff _____

         Defendants _____

    b.   Court and Case Number (if federal court, identify the district; if state court, identify the county):

         _____

    c.   Claims raised: _____

    d.   Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

         _____

    e.   Approximate date of filing lawsuit _____

    f.   Approximate date of disposition _____

1983 FORM Rev. 01/2008

5.  Third previous lawsuit:

   a.   Plaintiff _____

        Defendants _____

   b.   Court and Case Number (if federal court, identify the district; if state sourt, identify the county):

        _____

   c.   Claims raised: _____

   d.   Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

        _____

   e.   Approximate date of filing lawsuit _____

   f.   Approximate date of disposition _____

(If you have filed more than three lawsuits, make a copy of this (blank) page and provide the necessary information.)

6.      Have you filed any actions in federal court that were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted? ___Yes _X_No.

        **If you have had three or more previous federal actions dismissed for any of the reasons stated above, you may not bring another civil action in forma pauperis unless you are under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).**

4

1983 FORM Rev. 01/2008

## C. CAUSE OF ACTION

### COUNT I

1.  The following constitutional or other federal civil right has been violated by the Defendant(s):
8th Amendment protection against cruel and unusual punishment.

2.  Count I involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)   ☐ Mail   ☐ Access to the court   ☐ Medical care
☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☐ Retaliation
☐ Excessive force by an officer   ☒ Threat to safety   ☐ Other:_____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

The Plaintiff is a Pre-Sentenced inmate housed in unit 5A at FDC Honolulu.

The Plaintiff has a history of gang (Uso) affiliation known to the Bureau of

Prisons and specifically the staff at FDC Honolulu and the Unit 5A Manager

Defendant K. Robl. Unit 5A includes gang members from rival gangs both

domestic (Uso, Murder Inc and La Familia) and international (Paisa's, Tango's

MS-13, Northeno and Soreno's). This is violation of US law and well as Bureau

of Prisons policy. The unit also includes 45 deportable aliens, pre-sentence

inmates, pre-trial inmates, high security inmates through minimum security

inmates and inmates that have pending orders for civil commitment due to

psychiatric issues. Again, US law (which cannot be specifically quoted due

***CONTINUED ON PAGE 5A***

4.      Injury: (State how you have been injured by Defendant(s)' actions or inactions.
Fractured cocyx and other injuries that the Plaintiff is waiting to be

sent out to a specialist for determination.

5

COUNT I SUPPORTING FACTS CONTINUED

to filing limitations) does not permit the mixing of these inmates. However, Defendant Derr (FDC warden) has allowed this to not only be established, but has continued this practice after a major gang riot.

On July 12, 2021, while sitting at a table in unit 5A, the Plaintiff was attacked by 4 members of the Mexican gang the Paisa's. The incident ultimately involved more than 35 combatants. The Plaintiff was severely beaten by not only the 4 Paisa's that originally attacked him, but other Latino gang members. During the altercation several of the Paisa's returned to their cells for weapons and rejoined the riot. One of these weapons was a combination lock that was placed in a sock (known as a lock in a sock). Local Hawaiian inmates were beaten with these types of weapons including the Plaintiff. The Bureau of Prisons is aware of this tactic and knows full well that many inmates have been killed when beaten with this weapon.

When order was temporarily restored, approximately 20 inmates went to the SHU including the Plaintiff. The Plaintiff's injuries (known or visable at the time) were documented and he was told that he would be put on "Sick Call". The Plaintiff was not sent to the hospital. At 8PM on July 12, 2021 while in the SHU, the Plaintiff was suffering from severe pain and headaches and asked to be seen by medical staff. The Plaintiff discussed this with FDC Honolulu SHU C.O.'s Noni and Woodson. When the Plaintiff first discussed his medical condition with Defendant Nielsen, Defendant Nielsen told him "to stop being a cry baby". When the Plaintiff asked Defendant Nielsen to be taken to the hospital, Defendant Nielsen said "you are not going to the hospital".

The Plaintiff stayed in the SHU for more than 2 months, which was longer that anyone else involved in the July 12, 2021 riot. During that time, the Plaintiff submitted multiple sick call and "COP OUT" requests for medical attention. The medical atten- was limited to over the counter pain medication and he received no actual treatment. As of the date of this filing, he still has not received treatment.

When the Plaintiff was released from the SHU he was sent back to unit 5A. This was the case with all of the combatants of the July 12, 2021 riot, again contrary to both BOP policy and US law. The makeup of the population poses not only a threat to the Plaintiff, but all inmates on the unit. As recently as March 24, 2022 another fight between a Northeno gang member and a Hawaiian gang member took place on the unit.

The Plaintiff was eventually diagnosed months later with a fractured cocyx with bone chips in soft tissue around his tailbone causing severe pain.

Page 5A

1983 FORM Rev. 01/2008

## COUNT II

1.     The following constitutional or other federal civil right has been violated by the Defendant(s):
 8th Amendment protection against cruel and unusual punishment

2.  Count II involves: (Check **only one**; if your claim involves more than one issue, each issue should
 be stated in a different count)          ☐Mail          ☐ Access to the court      ☒Medical care
 ☐ Disciplinary proceedings          ☐Property       ☐ Exercise of religion      ☐Retaliation
 ☐ Excessive force by an officer       ☐Threat to safety     ☐Other:_____

3. **Supporting Facts:**(State as briefly as possible the FACTS supporting Count II, without citing legal
authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

Defendant Nielsen violated the Plaintiff's Constitutional rights by denying
him proper medical treatment that would have properly diagnosed and treated
his injury. The violation of his rights by Defendant Nielsen were made worse
by his dismissive taunting of the Plaintiff while he was begging for medical
assistance. From July through January 2022, Defendant Kwon had an opportunity
to properly diagnose the Plaintiff's injuries, but failed to so. Instead
Health Services ignored multiple request for treatment and only in late February
finally acknowledged the fracture of the cocyx and agreed to send the Plaintiff
to a specialist. The Defendant's (Derr) response to the Plaintiff's Administrative
Remedy (BP-9) acknowledged the injury occured during the riot that she propogated
but falsely states that the Plaintiff has received treatment which he has not.

4.     Injury: (State how you have been injured by Defendant(s)' actions or inactions.
 Severe pain and suffering due to a lack of treatment.

6

1983 FORM  Rev. 01/2008

## COUNT III

1.      The following constitutional or other federal civil right has been violated by the Defendant(s):

_____

_____

2.  Count III involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)     ☐Mail     ☐ Access to the court     ☐Medical care

☐ Disciplinary proceedings     ☐Property     ☐ Exercise of religion     ☐Retaliation

☐ Excessive force by an officer     ☐Threat to safety     ☐Other:_____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4.      Injury: (State how you have been injured by Defendant(s)' actions or inactions.

_____

_____

_____

(If you assert more than three Counts, make a copy of this (blank) page and provide the necessary information.)

7

1983 FORM Rev. 01/2008

## D. REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

$3,000,000 for pain and suffering at the hands of the Defendant's. The Plaintiff also asks that the Court issue an Order against Defednat Derr to follow United States law regarding the housing of federal inmates based on gang affiliation and determined security levels.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. See 28 U.S.C. § 1746 and 18 U.S.C. §1621.

Signed this __31__ day of __March__ , __2022__ .
                      (month)            (year)

(Signature of Plaintiff)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If needed, you may attach no more than **fifteen (15) additional pages**. Number these pages in relation to the final page number of the section that is being extended (i.e. additional defendants' pages should be numbered "2A, 2B, etc.," additional previous lawsuits' pages "4A, 4B, etc.," additional claims should be numbered "7A, 7B, etc." This form, however, must be completely filled in to the extent applicable.

8