ORIGINAL

*cc: Filing only Per Chambers.*

1983 FORM Rev. 01/2008

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 07 2022

at 11 o'clock and 00 min. A M
CLERK, U.S. District Court
LS

Kekai Watanabe Reg. No.: 94102-022
Name and Prisoner/Booking Number
FDC Honolulu
Place of Confinement
P.O. Box 30080
Mailing Address
Honolulu, Hawaii 98620
City, State, Zip Code

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

Kekai Watanabe
(Full Name of Plaintiff)

vs.

Estela Derr

Mr. K. Robl

Nurse Nielsen (Francis)

Dr. Kwon (Nathan)
(Full Names of Defendants; DO NOT USE *et al.*)

Case No. CV22 00168 JAO RT
(To be supplied by the Clerk)

**PRISONER CIVIL RIGHTS COMPLAINT**

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

### A. JURISDICTION

1. Jurisdiction is invoked pursuant to:

   a. ☐ 28 U.S.C. § 1343(a)(3) ; 42 U.S.C. § 1983
   b. ☒ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971)
   c. ☐ Other: (Please Specify) _____

2. Plaintiff: Kekai Watanabe

   Institution/city where violation occurred: FDC Honolulu

3. First Defendant *: Estela Derr

This defendant is a citizen of (state and county) Hawaii          Oahu          ,
and is employed as:

Warden                              at    FDC Honolulu          .
(Position and Title)                      (Institution)
This defendant is sued in his/her X individual ___ official capacity (check one or both). Explain how

1



Received By Mail
Date JUL 07 2022



Mailed On
Date 7/7/2022

1983 FORM  Rev. 01/2008

this defendant was acting under color of law:
The Defendant is the warden of FDC Honolulu and has institutued policies in

violation of US law and BOP policy

4.  Second Defendant: Mr. K. Robl

This defendant is a citizen of (state and county) __Hawaii__
Oahu_____, and is employed as:

Init Manager_____ at  FDC Honolulu
_____(Position and Title)_____     _____(Institution)_____

This defendant is sued in his/her _X_ individual ___ official capacity (check one or both).  Explain how
this defendant was acting under color of law:

The Defendant was/is the Unit Manager for FDC Honolulu's Unit 5A and is

responsible for the placement of inmates on his unit.

5.  Third Defendant: Nurse Nielsen (Francis)

This defendant is a citizen of (state and county) Hawaii
Oahu_____, and is employed as:

Staff Nurse_____ at  FDC Honolulu
_____(Position and Title)_____     _____(Institution)_____

This defendant is sued in his/her _X_ individual ___ official capacity (check one or both).  Explain how
this defendant was acting under color of law:
The Defendant is a staff nurse at FDC Honolulu and was responsible for the care

of the Plaintiff.

(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)

*       A defendant may be named in an individual or official capacity, or both.  To sue a defendant in their **individual capacity**, you must be able to state facts showing that the defendant was <u>actually</u> involved in violating your rights.  A suit against a defendant in their **official capacity** is in reality a suit against the <u>office or position</u> the defendant holds.  Only injunctive relief is available in an official capacity suit against a state official.  This is because the **Eleventh Amendment** confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

        "Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county, city, or the federal government.  There can be no civil rights action under § 1983 unless the defendant was "acting under color of law."  After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.

2

Fourth Defendant: Dr. Kwon (Nathan)

The defendant is a citizen of the state of Hawaii and the county of Oahu. The defendant is employed as teh chief doctor at FDC Honolulu.

The defendant is sued in his individual capacity. The defendant was acting under the color of law by: his position as chief physician at FDC Honolulu and is responsible for not only Health Services operation, but specifically denying the Plaintiff medical treatment.

1983 FORM  Rev. 01/2008

## B. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits while a prisoner:   ☐ Yes   ☒ No

2. If your answer is yes, how many?: _____ Describe the lawsuit in the spaces below.

3. First previous lawsuit:

     a.   Plaintiff _____

           Defendants _____

     b.   Court and Case Number (if federal court, identify the district; if state court, identify the county): _____

     c.   Claims raised: _____

     d.   Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

     e.   Approximate date of filing lawsuit _____

     f.   Approximate date of disposition _____

4. Second previous lawsuit:

     a.   Plaintiff _____

           Defendants _____

     b.   Court and Case Number (if federal court, identify the district; if state court, identify the county): _____

     c.   Claims raised: _____

     d.   Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

     e.   Approximate date of filing lawsuit _____

     f.   Approximate date of disposition _____

1983 FORM  Rev. 01/2008

5.  Third previous lawsuit:

    a.   Plaintiff _____

          Defendants _____

    b.   Court and Case Number (if federal court, identify the district; if state sourt, identify the county):

          _____

    c.   Claims raised: _____

    d.   Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

          _____

    e.   Approximate date of filing lawsuit _____

    f.   Approximate date of disposition _____

(If you have filed more than three lawsuits, make a copy of this (blank) page and provide the necessary information.)

6.    Have you filed any actions in federal court that were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted? ___ Yes <u>X</u> No.

        **If you have had three or more previous federal actions dismissed for any of the reasons stated above, you may not bring another civil action in forma pauperis unless you are under imminent danger of serious physical injury. <u>See</u> 28 U.S.C. § 1915(g).**

1983 FORM Rev. 01/2008

## C. CAUSE OF ACTION

### COUNT I

1.  The following constitutional or other federal civil right has been violated by the Defendant(s):
8th Amendment protection against cruel and unusual punishment.

2.  Count I involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)   ☐Mail   ☐ Access to the court   ☐Medical care
☐ Disciplinary proceedings   ☐Property   ☐ Exercise of religion   ☐Retaliation
☐ Excessive force by an officer   ☒Threat to safety   ☐Other:

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

The Plaintiff is a Pre-Sentenced inmate housed in unit 5A at FDC Honolulu.

The Plaintiff has a history of gang (Uso) affiliation known to the Bureau of

Prisons and specifically the staff at FDC Honolulu and the Unit 5A Manager

Defendant K. Robl. Unit 5A includes gang members from rival gangs both

domestic (Uso, Murder Inc and La Familia) and international (Paisa's, Tango's

MS-13, Northeno and Soreno's). This is violation of US law and well as Bureau

of Prisons policy. The unit also includes 45 deportable aliens, pre-sentence

inmates, pre-trial inmates, high security inmates through minimum security

inmates and inmates that have pending orders for civil commitment due to

psychiatric issues. Again, US law (which cannot be specifically quoted due

***CONTINUED ON PAGE 5A***

4.   Injury: (State how you have been injured by Defendant(s)' actions or inactions.
Fractured cocyx and other injuries that the Plaintiff is waiting to be

sent out to a specialist for determination.

5

COUNT I SUPPORTING FACTS CONTINUED

to filing limitations) does not permit the mixing of these inmates. However, Defendant Derr (FDC warden) has allowed this to not only be established, but has continued this practice after a major gang riot.

On July 12, 2021, while sitting at a table in unit 5A, the Plaintiff was attacked by 4 members of the Mexican gang the Paisa's. The incident ultimately involved more than 35 combatants. The Plaintiff was severely beaten by not only the 4 Paisa's that originally attacked him, but other Latino gang members. During the altercation several of the Paisa's returned to their cells for weapons and rejoined the riot. One of these weapons was a combination lock that was placed in a sock (known as a lock in a sock). Local Hawaiian inmates were beaten with these types of weapons including the Plaintiff. The Bureau of Prisons is aware of this tactic and knows full well that many inmates have been killed when beaten with this weapon.

When order was temporarily restored, approximately 20 inmates went to the SHU including the Plaintiff. The Plaintiff's injuries (known or visable at the time) were documented and he was told that he would be put on "Sick Call". The Plaintiff was not sent to the hospital. At 8PM on July 12, 2021 while in the SHU, the Plaintiff was suffering from severe pain and headaches and asked to be seen by medical staff. The Plaintiff discussed this with FDC Honolulu SHU C.O.'s Noni and Woodson. When the Plaintiff first discussed his medical condition with Defendant Nielsen, Defendant Nielsen told him "to stop being a cry baby". When the Plaintiff asked Defendant Nielsen to be taken to the hospital, Defendant Nielsen said "you are not going to the hospital".

The Plaintiff stayed in the SHU for more than 2 months, which was longer that anyone else involved in the July 12, 2021 riot. During that time, the Plaintiff submitted multiple sick call and "COP OUT" requests for medical attention. The medical atten- was limited to over the counter pain medication and he received no actual treatment. As of the date of this filing, he still has not received treatment.

When the Plaintiff was released from the SHU he was sent back to unit 5A. This was the case with all of the combatants of the July 12, 2021 riot, again contrary to both BOP policy and US law. The makeup of the population poses not only a threat to the Plaintiff, but all inmates on the unit. As recently as March 24, 2022 another fight between a Northeno gang member and a Hawaiian gang member took place on the unit.

The Plaintiff was eventually diagnosed months later with a fractured cocyx with bone chips in soft tissue around his tailbone causing severe pain.

The Plaintiff names each Defendant in their individual capacity as each violated not only US law, but also Bureau of Prisons Policy Statements. The Plaintiff specifically alleges that Defendant Estela Derr directed staff to house house rival gang members with both pretail and convicted individuals. This action directly lead to the riot that injured the Plaintiff. The Plaintiff specifically alleges that Defendant Robl actively placed violent individuals that are required to be separated from other inmates (per US law and Bureau of Prisons Policy statement 7331.04) not only in the same unit, but in some cases, in the same cells. The Plaintiff intends to depose Unit 5A staff Correctional Officers that will confirm the Plaintiff's allegations regarding Defendant Robl.

The Plaintiff specifically alleges that both Defendant's Robl and Derr discussed the issue of housing rival gang members in the same units and cells with staff. These discussions centered around the threat that this type of housing posed. If the face of the obvious threat to the safety of inmates, both Defendant Derr and Defendant Robl chose (and continue to choose) to maintain the same policy.

The Plaintiff alleges that the entire SIS Gang Investigation Staff at FDC Honolulu knew, and knows, about the risk that housing rival gang members in the same unit poses. These individuals include, but are not limited to: Lt. Bautista, Lt. Hellman, Capt. Munoz, SIS Investigator Miranda and Lt. Tabar. The Plaintiff intends to depose these these individuals as well as subpoena FDC Honolulu records to confirm the fact that the entire FDC Honolulu staff as well as Defendants Derr and Robl were well aware of the risk that the Defendants actions posed to the Plaintiff as well as all other inmates at FDC Honolulu.

Dr. Know received no less than 11 emails and COP OUTS from the PLaintiff seeking medical attention. All were ignored by Defendant Kwon. The emails that the Plaintiff sent were done so through the FDC Honolulu Staff Request system and can and will be subpoenaed by the Plaintiff to file with the Court.

Page 5B

1983 FORM Rev. 01/2008

## COUNT II

1.      The following constitutional or other federal civil right has been violated by the Defendant(s):
 8th Amendment protection against cruel and unusual punishment

2.  Count II involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)   ☐Mail   ☐ Access to the court   ☒Medical care
☐ Disciplinary proceedings   ☐Property   ☐ Exercise of religion   ☐Retaliation
☐ Excessive force by an officer   ☐Threat to safety   ☐Other:_____

3. **Supporting Facts:**(State as briefly as possible the FACTS supporting Count II, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

Defendant Nielsen violated the Plaintiff's Constitutional rights by denying

him proper medical treatment that would have properly diagnosed and treated

his injury. The violation of his rights by Defendant Nielsen were made worse

by his dismissive taunting of the Plaintiff while he was begging for medical

assistance. From July through January 2022, Defendant Kwon had an opportunity

to properly diagnose the Plaintiff's injuries, but failed to so. Instead

Health Services ignored multiple request for treatment and only in late February

finally acknowledged the fracture of the cocyx and agreed to send the Plaintiff

to a specialist. The Defendant's (Derr) response to the Plaintiff's Administrative

Remedy (BP-9) acknowledged the injury occured during the riot that she propogated

but falsely states that the Plaintiff has received treatment which he has not.

4.      Injury: (State how you have been injured by Defendant(s)' actions or inactions.
 Severe pain and suffering due to a lack of treatment.

6

1983 FORM  Rev. 01/2008

## COUNT III

1.    The following constitutional or other federal civil right has been violated by the Defendant(s):

_____

_____

2.   Count III involves: (Check **only one**; if your claim involves more than one issue, each issue should
     be stated in a different count)        ☐ Mail         ☐ Access to the court        ☐ Medical care
     ☐ Disciplinary proceedings             ☐ Property     ☐ Exercise of religion       ☐ Retaliation
     ☐ Excessive force by an officer        ☐ Threat to safety      ☐ Other:_____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III, without citing legal
authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4.    Injury: (State how you have been injured by Defendant(s)' actions or inactions.

_____

_____

_____

(If you assert more than three Counts, make a copy of this (blank) page and provide the necessary information.)

1983 FORM  Rev. 01/2008

## D.  REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you.  Make no legal arguments.  Cite no cases or statutes.

$3,000,000 for pain and suffering at the hands of the Defendants.

_____

_____

_____

_____

_____

_____

_____

         I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.  See 28 U.S.C. § 1746 and 18 U.S.C. §1621.

Signed this   2nd   day of   July_____ ,   2022  .
                                    (month)              (year)

_____
                    (Signature of Plaintiff)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If needed, you may attach no more than **fifteen (15) additional pages**.  Number these pages in relation to the final page number of the section that is being extended (i.e. additional defendants' pages should be numbered "2A, 2B, etc.," additional previous lawsuits' pages "4A, 4B, etc.," additional claims should be numbered "7A, 7B, etc." This form, however, must be completely filled in to the extent applicable.