# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| KEKAI WATANABE, #94102-022,<br><br>  Plaintiff,<br><br>  V.<br><br>ESTELA DERR, et al.,<br><br>  Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 22-00168 JAO-RT<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>March 10, 2023<br><br>At 12 o'clock and 15 min p.m.<br>PAM HARTMAN BEYER, CLERK |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

   On March 10, 2023, the Court issued its ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT, ECF NO. 22, (March 10, 2023 Order).

   IT IS ORDERED AND ADJUDGED that the First Amended Complaint is hereby DISMISSED without leave to amend, pursuant to and in accordance with the March 10, 2023 Order. Further, the Clerk of Court is directed to close the case and enter judgment in favor of Defendants.

| | |
|---|---|
| March 10, 2023 | PAM HARTMAN BEYER |
| Date | Clerk |
| | /S/ PAM HARTMAN BEYER by JI |
| | (By) Deputy Clerk |